

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00381-CV

_____

BETTY ORTIZ AND DAVID M. WETHY, Appellants

V.

MARCUS B. LEINART AND LEINART LAW FIRM, Appellees

---

On Appeal from the 67th District Court
Tarrant County, Texas
Trial Court No. 067-313108-19

---

Before Sudderth, C.J.; Womack and Wallach, JJ.
Memorandum Opinion by Justice Womack

## MEMORANDUM OPINION

Appellants Betty Ortiz and David M. Wethy, appearing pro se, attempt to appeal from the trial court's "Order Granting Defendant's Traditional Motion for Summary Judgment and Final Judgment Dismissing Case with Prejudice," signed July 22, 2020. Appellants filed a motion for new trial on August 21, 2020, making their notice of appeal due October 20, 2020. *See* Tex. R. App. P. 26.1(a)(1). Appellants, however, did not file their notice of appeal until November 2, 2020.

On December 1, 2020, we sent a letter to Appellants stating our concern that we lacked jurisdiction over this appeal because their notice of appeal was not timely filed. We informed Appellants that unless they, or any party desiring to continue the appeal, filed a response by December 11, 2020, showing a reasonable explanation for the late filing of the notice of appeal, the appeal could be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. Appellants did not file a response.

The time for filing a notice of appeal is jurisdictional in this court, and absent a timely-filed notice of appeal or extension request, we must dismiss the appeal. *See* Tex. R. App. P. 2, 25.1(b), 26.3; *Jones v. City of Houston*, 976 S.W.2d 676, 677 (Tex. 1998); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Because Appellants' notice of appeal was untimely, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

/s/ Dana Womack

Dana Womack
Justice

Delivered:  January 7, 2021